IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL RAY METCALF, #268903, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:13cv-002-WHA |
| | ) |
| GARY HETZEL, et al., | )        (WO) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #22), entered on October 22, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 1st day of December, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE